UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VERANIQUE PAYTON,** | * | CIVIL ACTION NO.: 2:23-CV-00961 |
| **FELTON PAYTON, JR., and** | * | |
| **VERANIQUE PAYTON on behalf of** | * | SECTION D(1) |
| **M.B.** | * | |
| | * | JUDGE WENDY B. VITTER |
| **VERSUS** | * | |
| | * | |
| **NATIONAL CONTINENTAL** | * | MAG. JUDGE JANIS VAN MEERVELD |
| **INSURANCE COMPANY,** | * | |
| **10 ROADS EXPRESS, LLC,** | * | |
| **and ZUFAR URDASHEV** | * | |

*******************************************************************************************

# 1st SUPPLEMENTAL & AMENDED PETITION FOR REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, **NATIONAL CONTINENTAL INSURANCE COMPANY**, who files this Petition for Removal of the State Court action described below:

1.

This action has been brought in the Civil District Court for the Parish of Orleans, State of Louisiana, by the filing of a Petition for Damages on June 9, 2022. The action brought in the Civil District Court for the Parish of Orleans bears Docket No. 2022-5143, and is entitled, "Veranique Payton, et al v. National Continental Insurance Company, et al" (Exhibit "A").

2.

This is a civil action arising out of an accident which allegedly took place on June 20, 2021, in Orleans Parish, Louisiana. Plaintiffs allege that Plaintiff, Veranique Payton,

was operating her vehicle, with Plaintiffs, Felton Payton, Jr. and M.B., as passengers, on Loyola Ave. at its intersection with Julia St., in New Orleans, LA, when Plaintiffs' vehicle was struck by a vehicle driven by Defendant, Zufar Urdashev.  (Exhibit "A").

3.

According to the allegations in Plaintiff's Petition, this Court has diversity in jurisdiction over this matter under 28 U.S.C. §1332 since this action involves a controversy which is between citizens of different states; and upon information and belief, the amount in controversy exceeds the sum of $75,000.00.

4.

Plaintiffs are alleged to be domiciled in the State of Louisiana.

5.

Defendant, Zufar Urdashev, is alleged to be domiciled in the State of New York.

6.

Defendant, 10 Roads Express, LLC is 100% owned by 10 Roads Carriers, LLC, which is itself 100% owned by 10 Roads, LLC, all of which are citizens and domiciled in the State of Iowa.  The corporate members are Wayne Hoovestol who is a citizen and domiciled in the State of Nevada, Joe Hoovestol who is a citizen and domiciled in the State of Nebraska, Hanna Heit who is a citizen and domiciled in the State of Nebraska, Tom Crimmins who is a citizen and domiciled in the State of Nebraska, Aaron Gunderson who is a citizen and domiciled in the State of Nebraska, Tim Pals who is a citizen and domiciled in the State of Indiana, Jeff Pals who is a citizen and domiciled in the State of Illinois, and

Rico Prestia who is a citizen and domiciled in the State of Illinois.

7.

Defendant, National Continental Insurance Company, is a New York corporation with its principal place of business located at Progressive Insurance, National Continental Claims, Box #G21, 300 North Commons Blvd., Mayfield Village OH 44143. National Continental Insurance Company is a wholly owned subsidiary of Progressive Commercial Holdings, Inc. which is a private company. Progressive Commercial Holdings, Inc., is a wholly owned subsidiary of the Progressive Corporation, which is a public company. Progressive Commercial Holdings, Inc. is domiciled in Delaware and owned by The Progressive Corporation, which is a publicly traded company, domiciled in Ohio.

8.

Defendant, National Continental Insurance Company, has been sued in its capacity as the liability insurer for Defendants, Zufar Urdashev and 10 Roads Express, LLC.

9.

On February 17, 2023, Plaintiff, Felton Payton, Jr., provided Answers to Interrogatories and Responses to Request for Production of Documents propounded by Defendant, National Continental Insurance Company, and also attached medical records, alleging injuries to his neck, both shoulders, back and both knees. The medical records revealed treatment between June 24, 2021 through November 4, 2022. Plaintiff alleged that he is still treating for his injuries. The medical records provided thus far revealed four (4) separate Epidural Steroid Injections to the lumbar spine. Further, Plaintiff alleged in his

Petition for Damages that he suffered past, present and future physical pain and suffering, mental pain, anguish and distress, loss of enjoyment of life, lost wages, medical expenses, and all other damages to be proven at Trial. Based upon Plaintiff's discovery responses dated February 17, 2023, this matter is removable.

10.

On February 17, 2023, Plaintiff, Veranique Payton, provided Answers to Interrogatories and Responses to Request for Production of Documents propounded by Defendant, National Continental Insurance Company, and also attached medical records, alleging injuries to her head, neck, both shoulders, arm and back. The medical records revealed treatment between June 21, 2021 through November 15, 2022. Plaintiff alleged that she is still treating for her injuries. The medical records provided thus far revealed bulges to three (3) levels of her cervical spine and bulges to two (2) levels of her lumbar spine. Further, Plaintiff alleged in her Petition for Damages that she suffered past, present and future physical pain and suffering, mental pain, anguish and distress, loss of enjoyment of life, lost wages, medical expenses, and all other damages to be proven at Trial. Based upon Plaintiff's discovery responses dated February 17, 2023, this matter is removable.

11.

This is a civil action over which this Court has original jurisdiction pursuant to provisions of 28 U.S.C. §1332. As demonstrated above, there is complete diversity as to all parties and the amount in controversy is believed to exceed the sum of $75,000.00.

12.

Petitioner does not intend to state nor admit in this removal pleading that Plaintiffs are entitled to any recovery of damages and does not judicially admit that the damages in this matter are more than $75,000.00.  However, that does not mean that the matter in controversy as claimed by Plaintiffs do not exceed the sum or value of $75,000.00.

13.

National Continental Insurance Company was served with the discovery responses of Plaintiffs, Felton Payton, Jr., Veranique Payton, and M.B., on February 17, 2023. Accordingly, less than thirty (30) days have elapsed since Plaintiffs served Defendant, National Continental Insurance Company, with their discovery responses and medical records on February 17, 2023.

14.

Please note that as of the date of filing the Petition for Removal, Defendants, Zufar Urdashev and 10 Roads Express, LLC, have not been served with Plaintiff's Petition for Damages.  However, undersigned Counsel will enroll on their behalf once they are served with Plaintiff's Petition for Damages.  Undersigned Counsel consents to the filing of the Notice of Removal on their behalf.

15.

In accordance with the foregoing, National Continental Insurance Company desires to have this case removed to this Honorable Court pursuant to the provisions of 28 U.S.C.§1441-1447.

16.

Petitioner reserves the right to object to the jurisdiction of State Court proceedings should this Court ultimately hold that this action was not removable or improperly removed.

17.

Simultaneous with the filing of this Petition for Removal, written Notice of Removal is being given to all adverse parties and a copy of this Petition and Removal will be filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, to effect a removal of this civil action to this Honorable Court, as provided by law.

**WHEREFORE**, Petitioner, **NATIONAL CONTINENTAL INSURANCE COMPANY,** prays that the above numbered and entitled cause of action pending on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, be removed from that Court to the docket of the United States District Court for the Eastern District of Louisiana. Petitioner further prays for a trial by jury on all issues and for all general and equitable relief as the nature of this case may permit.

Respectfully submitted,

**HEBBLER & GIORDANO, L.L.C.**

BY:   s/Michael E. Escudier
    **CHARLES V. GIORDANO, T.A. (#22392)**
    giordano@hebblergiordano.com
    **MICHAEL E. ESCUDIER (#26761)**
    escudier@hebblergiordano.com
    3501 N. Causeway Boulevard, Ste. 400
    Metairie, LA   70002
    **PH: (504) 833-8007**
    **FX: (504) 833-2866**
Attorneys for Defendant:
**NATIONAL CONTINENTAL INSURANCE COMPANY**

## C E R T I F I C A T E

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed, this 28th day of March, 2023.

/s Michael E. Escudier
_____
**CHARLES V. GIORDANO, T.A.**
**MICHAEL E. ESCUDIER**